# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>RICHARD J. WANGERIN,<br><br>         Defendant. | Case No. 13-CR-196-JPS<br><br><br><br>ORDER |

    On November 12, 2013, the defendant filed a motion to suppress certain statements he made to law enforcement officers. (Docket #10). The government responded to that motion by informing both the defendant and Magistrate Judge William Callahan, the magistrate judge assigned to hear the motion, that the government did not plan to introduce any of the challenged statements at trial. (Docket #12). The government, therefore, suggested that Magistrate Callahan recommend the denial of the defendant's motion to suppress as moot. (Docket #12). Magistrate Callahan relied on the government's representations and entered a report and recommendation with this Court suggesting that the defendant's motion to suppress be denied as moot. (Docket #13).

    The Court has considered the parties' brief and Magistrate Callahan's recommendation and agrees that the defendant's motion should be denied as moot, provided that the government agrees that it will not introduce the challenged statements at trial.

    Accordingly,

    IT IS ORDERED that Magistrate Judge William Callahan's report and recommendation (Docket #13) be and the same is hereby ADOPTED; and

IT IS FURTHER ORDERED that, consistent with the Court's adoption of Magistrate Callahan's report and recommendation, the defendant's motion to suppress (Docket #10) be and the same is hereby DENIED.

Dated at Milwaukee, Wisconsin, this 4th day of December, 2013.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge